Susan M. Benson, Esq. (SBN: 146837)
BENSON LEGAL, APC
8550 BALBOA BOULEVARD, SUITE 290
NORTHRIDGE, CALIFORNIA 91325
PHN (818) 708-1250
FAX (818) 708-1444
File No. B3413
EMAIL: E-Service@Bensonlegal.net

Amy M. With, Esq. (Nonresident Attorney – Pro Hac Vice)
DELUCA LEVINE, LLC
301 East Germantown Pike
3rd Floor
East Norriton, PA 19401
PHN (215) 383-0081
FAX (215) 383-0082
EMAIL awirth@delucalevine.com

ATTORNEY FOR: PLAINTIFF, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON c/o APOLLO UNDERWRITING LTD.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON c/o APOLLO UNDERWRITING LTD.;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PETER MARCO, LLC; PETER VOUTSAS;<br><br>　　　　Defendants. | CIVIL ACTION NO: 2:22-cv-02738 MWF (AGRx)<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Plaintiffs CERTAIN UNDERWRITERS AT LLOYD'S, LONDON c/o APOLLO UNDERWRITING LTD. hereby request that the Court Dismiss the Complaint in this matter, with prejudice.

DATED: June 23, 2023

By: Susan M. Benson
**Benson Legal, APC**
Attorney for Plaintiff

DATED: June 23, 2023

By: Amy Wirth, Pro Hac Vice
**de Luca Levine**
Attorney for Plaintiff

Based upon the request of the Plaintiffs, it is hereby ordered that the Complaint in this matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 06/26, 2023

Hon. Michael W. Fitzgerald
United States District Judge